IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY W. THACKER,
    Plaintiff,

vs.                                    Case No. 3:06cv145/MCR/EMT

UNITED STATES OF AMERICA
    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 15, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Doc. 10) is **GRANTED**.

3. Plaintiff's amended complaint (Doc. 8) is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this _13th_ day of __September_____2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**